```
KIMELA DELOISE MOFFETT          FOX COLLECTION CENTER         SEVENTH AVE
512 E HILLSDALE DR              ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
JACKSON, MS 39209               454 MOSS TRAIL                1112 7TH AVE
                                GOODLETTSVILE, TN 37070       MONROE, WI 53566


THOMAS C. ROLLINS, JR.          HOMETOWN MEDICAL              SIMPLE FAST LOANS INC
THE ROLLINS LAW FIRM, PLLC      2600 LAKELAND DR              8601 DUNWOODY PLACE
P.O. BOX 13767                  FLOWOOD, MS 39232             STE 406
JACKSON, MS 39236                                             ATLANTA, GA 30350


ADVANCE AMERICA                 JORA CREDIT                   SOUTH EAST CLIENT
319 HWY 80 E                    P.O. BOX 8407                 715 PEACHTREE ST NE
CLINTON, MS 39056               PHILADELPHIA, PA 19101        ATLANTA, GA 30308


AFTERPAY                        LEND NATION                   TERMINIX
222 KEARNY ST #600              1076 E COUNTY LINE RD         P.O. BOX 742592
SAN FRANCISCO, CA 94103         RIDGELAND, MS 39157           CINCINNATI, OH 45274


BANK PLUS                       LIBERTY TAX                   TITLE MAX
1068 HIGHLAND COLONY P          2425 HWY 80                   3013 EAST HWY 80
RIDGELAND, MS 39157             JACKSON, MS 39204             PEARL, MS 39208


BANKPLUS                        MIDLAND CREDIT MGMT           UNITED CREDIT
ATTN: BANKRUPTCY                ATTN: BANKRUPTCY              234-A N WOODLAND DR
205 E TROY ST, STE 101          PO BOX 939069                 FOREST, MS 39074
TUPELO, MS 38804                SAN DIEGO, CA 92193


CASHAPP                         MONEY MAN                     WOODFOREST BANK
1955 BROADWAY, SUITE 6          4239 N STATE ST               950 US 80
OAKLAND, CA 94612               JACKSON, MS 39206             CLINTON, MS 39056


CC BANK                         ONEMAIN FINANCIAL             WORLD FINANCE
ATTN: BANKRUPTCY                ATTN: BANKRUPTCY              74043 S SIWELL RD
1835 W. STATE STREET            PO BOX 142                    BYRAM, MS 39272
PLEASANT GROVE, UT 84062        EVANSVILLE, IN 47701


COMMUNITY CHOICE                SELECT PORTFOLIO              ZIP, INC.
4425 N STATE ST                 ATTN: BANKRUPTCY              PMB 59872
JACKSON, MS 39206               PO BOX 65250                  NEW YORK, NY 10003-1502
                                SALT LAKE CITY, UT 84165
```