_____



SO ORDERED,

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 7, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                               CASE NO.: 25-01640-JAW
KIMELA DELOISE MOFFETT

512 E HILLSDALE DR
JACKSON, MS 39209

### ORDER UPON DEBTOR DIRECTING PAYMENTS TO TRUSTEE

     **IT APPEARING TO THE COURT** that there is now pending a certain Chapter 13 Proceeding in which the above-named **DEBTOR** subjected his earnings to the jurisdiction of the Court; the **DEBTOR's** principal income is from wages, salary, or commissions; and that the **DEBTOR** is **paying personally** and is subject to such orders as may be requisite to effectuate the provisions of the plan proposed by the **DEBTOR.**

     **IT IS FURTHER APPEARING THAT** it is requisite to effectuate the provisions of the **DEBTOR's** plan; that the **DEBTOR** is directed to pay a portion of the **DEBTOR's** earnings to the Court for distribution to creditors.

     **IT IS ORDERED THAT** until further notice of this Court, the above-named **DEBTOR** is required to pay from the **DEBTOR's** earnings and pay over to:

                     Harold J. Barkley, Jr.
                     Chapter 13 Trustee
                     P.O. Box 321454
                     Flowood, MS 39232

the sum of $581.50 MONTHLY.

##END OF ORDER##