UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

IN RE:  CASE NO.: 25-01640
CHAPTER 13

Kimela Deloise Moffett,
    Debtor.

_____/

**REQUEST FOR SERVICE**

    **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. Bank, N. A. as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-through Certificates, Series 2003-BC11 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Attorney for Secured Creditor
    13010 Morris Road, Suite 450
    Alpharetta, GA 30004
    Telephone: 470-321-7112
    Facsimile: 404-393-1425

    By: /s/Francisco Cardona
        Francisco Cardona
        Email: fcardona@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 10, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

KIMELA DELOISE MOFFETT
512 E HILLSDALE DR
JACKSON, MS 39209

And via electronic mail to:

THE ROLLINS LAW FIRM, PLLC
PO BOX 13767
JACKSON, MS 39236

HAROLD J. BARKLEY, JR.
P.O. BOX 4476
JACKSON, MS 39296-4476

UNITED STATES TRUSTEE
501 EAST COURT STREET, SUITE 6-430
JACKSON, MS 39201

By: /s/ Angela Gill