**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                            CHAPTER 13 NO.:

KIMELA DELOISE MOFFETT                                       25-01640 – JAW

## NOTICE OF OBJECTION TO CLAIM

**You are hereby notified** that an objection to your claim has been filed in the above referenced bankruptcy case. Your claim may be reduced, modified, or eliminated. If you do not want the Court to eliminate or change your claim, a written response to the attached objection to claim must be filed with:

> Clerk, U.S. Bankruptcy Court
> Southern District of Mississippi
> 501 East Court Street, Suite 2.300
> Jackson, MS 39201

And a copy must be served on the undersigned case Trustee and the Debtor's attorney on or before thirty (30) days from the date of this notice. In the event a written response is filed, the court will notify you of the date, time and place of the hearing hereon.

/s/ Harold J. Barkley, Jr.                                        Dated: July 11, 2025
HAROLD J. BARKLEY, JR. – MSB #2008
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

**IN THE UNTIED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF: CHAPTER 13 NO.

KIMELA DELOISE MOFFETT 25-01640 – JAW

**TRUSTEE'S OBJECTION TO PROOF OF CLAIM**

COMES NOW Trustee, Harold J. Barkley, Jr., and files this his Objection to the Proof of Claim filed herein by United Credit of Forest (Claim No. 1-1); and in support thereof would most respectfully show unto this Honorable Court as follows:

1. That, United Credit of Forest filed Proof of Claim Number 1-1 in the amount of $651.67 on July 9, 2025, for a loan incurred July 19, 2017.

2. That, upon information and belief, Claim Number 1-1 is barred by the statute of limitations.

3. That, Creditor United Credit of Forest should be required to provide documentation to the contrary or the Claim should be wholly disallowed.

4. Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Objection be received and filed and upon a hearing hereon this Honorable Court will enter its Order sustaining Trustee's Objection and for such other, further and general relief to which the Trustee and this bankruptcy estate may be entitled.

Dated: July 11, 2025

Respectfully submitted,

/s/ Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: (601)362-6161 / FAX: (601) 366-7442
E-MAIL: HJB@HBARKLEY13.COM

## **C E R T I F I C A T E**

   I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas Carl Rollins, Jr.
trollins@therollinsfirm.com

Kimela Deloise Moffett
512 E. Hillsdale Drive
Jackson, MS 39209

United Credit of Forest
234-A Woodland Drive
Forest, MS 39074


Dated:  July 11, 2025

               /s/ Harold J. Barkley, Jr.
               HAROLD J. BARKLEY, JR.