IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                              CHAPTER 13 NO.:

KIMELA DELOISE MOFFETT                                         25-01640 – JAW

## O R D E R

THIS CAUSE came before the Court on the Trustee's Objection to Proof of Claim (DK #       ); and the Court orders as follows:

THAT, no response was timely filed.

THAT, the Trustee's Objection to Proof of Claim Number 1-1 is sustained.

THAT, Claim Number 1-1 filed by United Credit of Forest is hereby wholly disallowed.

##END OF ORDER##

SUBMITTED BY:

_____
JOSHUA C. LAWHORN – MSB # 103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
EMAIL: HJB@HBARKLEY13.COM