

**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 15, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI

| IN THE MATTER OF: | CHAPTER 13 NO.: |
|---|---|
| KIMELA DELOISE MOFFETT | 25-01640 – JAW |

### ORDER

THIS CAUSE came before the Court on the Trustee's Objection to Proof of Claim (DK # 16 ); and the Court orders as follows:

THAT, no response was timely filed.

THAT, the Trustee's Objection to Proof of Claim Number 1-1 is sustained.

THAT, Claim Number 1-1 filed by United Credit of Forest is hereby wholly disallowed.

##END OF ORDER##

SUBMITTED BY:

JOSHUA C. LAWHORN – MSB # 103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
EMAIL: HJB@HBARKLEY13.COM