**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                                                          CHAPTER 13 NO.:

KIMELA DELOISE MOFFETT                                                                          25 – 01640 – JAW

**TRUSTEE'S MOTION TO DISMISS**

COMES NOW Trustee, Harold J. Barkley, Jr., and files his Motion to Dismiss the above styled and numbered case; and in support thereof would most respectfully show unto this Honorable Court as follows:

1. That, Midland Credit Management filed a secured proof of claim (Claim 8-1) for a 2016 Hyundai Sonata. The Debtor's plan fails to provide treatment of the Midland Credit Management claim.

2. That, the Debtor should be required to file a Modified Plan to provide treatment of all secured claims or this case should be dismissed.

3. Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Motion be received and filed, and at a hearing hereon this Honorable Court will enter its Order sustaining Trustee's Motion, and for such other, further and general relief to which the Trustee and this bankruptcy estate may be entitled.

Dated: September        10       , 2025

                                                                    Respectfully submitted,

                                                                    /s/Harold J. Barkley, Jr.
                                                                    HAROLD J. BARKLEY, JR. – MSB #2008
                                                                    CHAPTER 13 TRUSTEE
                                                                    POST OFFICE BOX 4476
                                                                    JACKSON, MS 39296-4476
                                                                    PHONE:  601/362-6161
                                                                    FAX:  601/362-8826
                                                                    E-MAIL:  HJB@HBARKLEY13.COM

**C E R T I F I C A T E**

      I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Kimela Deloise Moffett
512 E. Hillsdale Drive
Jackson MS 3920-9

Midland Credit Management, Inc.
Post Office Box 2037
Warren, MI 48090

Dated: September    10   , 2025

                                          /s/Harold J. Barkley, Jr.
                                          HAROLD J. BARKLEY, JR.