United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-01640-JAW |
| Kimela Deloise Moffett | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 3 |
| Date Rcvd: Sep 10, 2025 | Form ID: n031 | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimela Deloise Moffett, 512 E Hillsdale Dr, Jackson, MS 39209-3243 |
| 5530083 | + | BankPlus, Attn: Bankruptcy, 205 E Troy St, Ste 101, Tupelo, MS 38804-4837 |
| 5530086 | + | Community Choice, 4425 N State St, Jackson, MS 39206-5306 |
| 5530088 | + | Hometown Medical, 2600 Lakeland Dr, Flowood, MS 39232-8823 |
| 5530091 | + | Liberty Tax, 2425 Hwy 80, Jackson, MS 39204-2212 |
| 5530093 | + | Money Man, 4239 N State St, Jackson, MS 39206-5246 |
| 5530098 | + | South East Client, 715 Peachtree St NE, Atlanta, GA 30308-2177 |
| 5530099 | + | Terminix, P.O. Box 742592, Cincinnati, OH 45274-2592 |
| 5530102 | + | Woodforest Bank, 950 US 80, Clinton, MS 39056-5203 |
| 5530103 | | World Finance, 74043 S Siwell Rd, Byram, MS 39272 |
| 5530104 | | Zip, Inc., PMB 59872, New York, NY 10003-1502 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Sep 10 2025 19:35:00 | U.S. Bank, N.A., Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| cr | | Email/Text: forest@fmcfinance.net | Sep 10 2025 19:35:00 | United Credit of Forest, 234-A Woodland Drive, Forest, MS 39074 |
| 5530080 | + | Email/Text: bnc@teampurpose.com | Sep 10 2025 19:35:00 | Advance America, 319 Hwy 80 E, Clinton, MS 39056-4717 |
| 5530081 | ^ | MEBN | Sep 10 2025 19:27:08 | Afterpay, 222 Kearny St #600, San Francisco, CA 94108-4509 |
| 5530082 | + | Email/Text: znotice@bankplus.net | Sep 10 2025 19:35:00 | Bank Plus, 1068 Highland Colony P, Ridgeland, MS 39157-8807 |
| 5530085 | + | Email/Text: bankruptcy@ccbank.com | Sep 10 2025 19:35:00 | CC Bank, Attn: Bankruptcy, 1835 W. State Street, Pleasant Grove, UT 84062-4038 |
| 5530084 | + | Email/Text: cash-lending-ops-bankruptcy@squareup.com | Sep 10 2025 19:35:00 | CashApp, 1955 Broadway, Suite 6, Oakland, CA 94612-2205 |
| 5530087 | + | Email/Text: bankruptcies@foxcollection.com | Sep 10 2025 19:35:00 | Fox Collection Center, Attn: Bankruptcy, 454 Moss Trail, Goodlettsvile, TN 37072-2029 |
| 5530089 | | Email/Text: Bankruptcy@joracredit.com | Sep 10 2025 19:35:00 | Jora Credit, P.O. Box 8407, Philadelphia, PA 19101 |
| 5561576 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 10 2025 19:35:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5530092 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 10 2025 19:35:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5530094 | + | Email/PDF: cbp@omf.com | | |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 10, 2025 | Form ID: n031 | Total Noticed: 37 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5537811 | | Email/PDF: cbp@omf.com | Sep 10 2025 19:36:54 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |
| 5530090 | | Email/Text: bankruptcy@qcholdings.com | Sep 10 2025 19:48:00 | OneMain Financial Group, LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5546381 | | Email/Text: bnc-quantum@quantum3group.com | Sep 10 2025 19:35:00 | Lend Nation, PO BOX 14948, Lenexa, KS 66285 |
| 5532673 | + | Email/Text: RASEBN@raslg.com | Sep 10 2025 19:35:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5530097 | | Email/Text: bankruptcy_department@clacorp.com | Sep 10 2025 19:35:00 | Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 5548812 | + | Email/Text: bncmail@w-legal.com | Sep 10 2025 19:35:00 | Simple Fast Loans Inc, 8601 Dunwoody Place, Ste 406, Atlanta, GA 30350 |
| 5530095 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 10 2025 19:35:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5530096 | + | Email/Text: bankruptcy@sccompanies.com | Sep 10 2025 19:36:00 | Select Portfolio, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 5558877 | + | Email/Text: BankruptcyNotices@ccfi.com | Sep 10 2025 19:36:00 | Seventh Ave, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5530100 | + | Email/Text: BankruptcyNotices@ccfi.com | Sep 10 2025 19:35:00 | TMX Finance of Mississippi, Inc., 15 Bull Street, Suite 200, Savannah, GA 31401-2686 |
| 5561550 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 10 2025 19:35:00 | Title Max, 3013 East Hwy 80, Pearl, MS 39208-3419 |
| 5532415 | + | Email/Text: RASEBN@raslg.com | Sep 10 2025 19:36:00 | U.S. BANK, N. A. as Trustee for the Structured, Asset Investment Loan Trust Mortgage, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5531529 | + | Email/Text: forest@fmcfinance.net | Sep 10 2025 19:35:00 | U.S. Bank, N.A., Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 5530101 | + | Email/Text: lhall@fmcfinance.net | Sep 10 2025 19:35:00 | UNITED CREDIT OF FOREST, 234-A N WOODLAND DRIVE, FOREST, MS 39074-3308 |
| | | | Sep 10 2025 19:35:00 | United Credit, 234-A N Woodland Dr, Forest, MS 39074-3308 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 12, 2025    Signature:    /s/Gustava Winters

District/off: 0538-3     User: mssbad     Page 3 of 3
Date Rcvd: Sep 10, 2025     Form ID: n031     Total Noticed: 37

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Kimela Deloise Moffett trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−01640−JAW
**Chapter:** 13

**In re:**

Kimela Deloise Moffett
aka Kimela Smith−Moffett
512 E Hillsdale Dr
Jackson, MS 39209

## Notice of Entry of Order Confirming Plan

The Court entered an Order on September 10, 2025 (Dkt. # 22 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 East Court Street, Suite 2.300 | 2012 15th Street, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| 601−608−4600 | 228−563−1790 |

Dated: September 10, 2025            Danny L. Miller, Clerk of Court