**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Kimela Deloise Moffett, Debtor Case No. 25-01640-JAW**
**CHAPTER 13**

**MOTION TO INCUR NEW DEBT *NUNC PRO TUNC***

COMES NOW, Debtor, by and through counsel, and moves this Court to allow Debtor to incur new debt, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 07/03/2025.
2. Debtor is paying approximately 0% to General Unsecured Debts through the plan.
3. On July 29, 2026, the Debtor entered into a lease agreement with Progressive Leasing in the total amount of $773.52, inclusive of finance charges, for the purpose of purchasing two window air conditioner units.
4. At the time the lease agreement was executed, the Debtor experienced the sudden loss of air conditioning during one of the hottest periods of the summer. Due to the extreme heat and the immediate need to maintain a safe and habitable living environment, the Debtor could not reasonably delay obtaining replacement air conditioning units while awaiting prior Court approval. The debt was incurred in good faith and out of necessity to protect the Debtor's health and well-being.
5. Debtor respectfully requests that this Honorable Court approve the lease *nunc pro tunc*.
6. The repayment terms of the lease are reasonable and manageable within the Debtor's current budget. She will pay this obligation directly to the lender pursuant to the terms of the agreement.
7. Approval of this post-petition borrowing will not result in any meaningful prejudice to creditors, and the Debtor's ability to fund the Chapter 13 plan will not be impaired by the repayment of this obligation..

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the SOUTHERN DISTRICT OF MISSISSIPPI by using the CM/ECF system. I certify that the U.S. Trustee and Trustee appointed to this case are registered CM/ECF users and that service to these individuals will be accomplished by the CM/ECF system.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.