**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Kimela Deloise Moffett, Debtor** **Case No. 25-01640-JAW**
**CHAPTER 13**

**NOTICE**

Debtor has filed papers with the court to incur new debt.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court St., Suite 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Incur New Debt.

Date: August 17, 2026

Signature: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Kimela Deloise Moffett, Debtor Case No. 25-01640-JAW**
**CHAPTER 13**

**MOTION TO INCUR NEW DEBT *NUNC PRO TUNC***

COMES NOW, Debtor, by and through counsel, and moves this Court to allow Debtor to incur new debt, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on 07/03/2025.
2. Debtor is paying approximately 0% to General Unsecured Debts through the plan.
3. On July 29, 2026, the Debtor entered into a lease agreement with Progressive Leasing in the total amount of $773.52, inclusive of finance charges, for the purpose of purchasing two window air conditioner units.
4. At the time the lease agreement was executed, the Debtor experienced the sudden loss of air conditioning during one of the hottest periods of the summer. Due to the extreme heat and the immediate need to maintain a safe and habitable living environment, the Debtor could not reasonably delay obtaining replacement air conditioning units while awaiting prior Court approval. The debt was incurred in good faith and out of necessity to protect the Debtor's health and well-being.
5. Debtor respectfully requests that this Honorable Court approve the lease *nunc pro tunc*.
6. The repayment terms of the lease are reasonable and manageable within the Debtor’s current budget. She will pay this obligation directly to the lender pursuant to the terms of the agreement.
7. Approval of this post-petition borrowing will not result in any meaningful prejudice to creditors, and the Debtor's ability to fund the Chapter 13 plan will not be impaired by the repayment of this obligation..

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Bankruptcy Court for the SOUTHERN DISTRICT OF MISSISSIPPI by using the CM/ECF system. I certify that the U.S. Trustee and Trustee appointed to this case are registered CM/ECF users and that service to these individuals will be accomplished by the CM/ECF system.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
KIMELA DELOISE MOFFETT

CASE NO: 25-01640-JAW

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 8/17/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Incur New Debt Nunc Pro Tunc

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/17/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. 103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

KIMELA DELOISE MOFFETT

CASE NO: 25-01640-JAW

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 8/17/2026, a copy of the following documents, described below,

Notice and Motion to Incur New Debt Nunc Pro Tunc

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/17/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-01640-JAW
SOUTHERN DISTRICT OF MISSISSIPPI
MON AUG 17 9-19-14 PST 2026

SELECT PORTFOLIO SERVICING INC AS SERVICER
3145 AVALON RIDGE PLACE SUITE 100
PEACHTREE CORNERS GA 30071-1570

US BANK NA
ROBERTSON ANSCHUTZ SCHNEID CRANE
13010 MORRIS ROAD SUITE 450
ALPHARETTA GA 30004-2001

UNITED CREDIT OF FOREST
234A WOODLAND DRIVE
FOREST MS 39074

~~EXCLUDE~~
~~US BANKRUPTCY COURT~~
~~THAD COCHRAN US COURTHOUSE~~
~~501 E COURT STREET~~
~~SUITE 2300~~
~~JACKSON MS 39201-5036~~

ADVANCE AMERICA
319 HWY 80 E
CLINTON MS 39056-4717

AFTERPAY
222 KEARNY ST 600
SAN FRANCISCO CA 94108-4509

BANK PLUS
1068 HIGHLAND COLONY P
RIDGELAND MS 39157-8807

BANKPLUS
ATTN BANKRUPTCY
205 E TROY ST STE 101
TUPELO MS 38804-4837

CC BANK
ATTN BANKRUPTCY
1835 W STATE STREET
PLEASANT GROVE UT 84062-4038

CASHAPP
1955 BROADWAY SUITE 6
OAKLAND CA 94612-2205

COMMUNITY CHOICE
4425 N STATE ST
JACKSON MS 39206-5306

FOX COLLECTION CENTER
ATTN BANKRUPTCY
454 MOSS TRAIL
GOODLETTSVILE TN 37072-2029

HOMETOWN MEDICAL
2600 LAKELAND DR
FLOWOOD MS 39232-8823

(P)JORA CREDIT
7701 LAS COLINAS RIDGE SUITE 650
IRVING TX 75063-8114

(P)QCHI
PO BOX 14948
LENEXA KS 66285-4948

LIBERTY TAX
2425 HWY 80
JACKSON MS 39204-2212

MIDLAND CREDIT MANAGEMENT INC
PO BOX 2037
WARREN MI 48090-2037

MIDLAND CREDIT MGMT
ATTN BANKRUPTCY
PO BOX 939069
SAN DIEGO CA 92193-9069

MONEY MAN
4239 N STATE ST
JACKSON MS 39206-5246

NATALIE BROWN ESQ
RUBIN LUBLIN LLC
SELECT PORTFOLIO SERVICING INC
3145 AVALON RIDGE PLACE SUITE 100
PEACHTREE CORNERS GA 30071-1570

ONEMAIN FINANCIAL
ATTN BANKRUPTCY
PO BOX 142
EVANSVILLE IN 47701-0142

ONEMAIN FINANCIAL GROUP LLC
ONEMAIN
PO BOX 3251
EVANSVILLE IN 47731-3251

QUANTUM3 GROUP LLC AS AGENT FOR
SADINO FUNDING LLC
PO BOX 788
KIRKLAND WA 98083-0788

ROBERTSON ANSCHUTZ SCHNEID CRANE
PARTNERS PLLC
13010 MORRIS ROAD SUITE 450
ALPHARETTA GA 30004-2001

SCOLOPAX LLC
CO WEINSTEIN RILEY PS
749 GATEWAY SUITE G-601
ABILENE TX 79602-1196

SELECT PORTFOLIO
ATTN BANKRUPTCY
PO BOX 65250
SALT LAKE CITY UT 84165-0250

SEVENTH AVE
ATTN BANKRUPTCY
1112 7TH AVE
MONROE WI 53566-1364

(P)SIMPLE FAST LOANS INC
ATTN ATTN LEGAL DEPARTMENT
8601 DUNWOODY PLACE SUITE 406
ATLANTA GA 30350-2550

SOUTH EAST CLIENT
715 PEACHTREE ST NE
ATLANTA GA 30308-2177

TMX FINANCE OF MISSISSIPPI INC
15 BULL STREET SUITE 200
SAVANNAH GA 31401-2686

TERMINIX
PO BOX 742592
CINCINNATI OH 45274-2592

TITLE MAX
3013 EAST HWY 80
PEARL MS 39208-3419

US BANK N A AS TRUSTEE FOR THE STRUCTUR
ASSET INVESTMENT LOAN TRUST MORTGAGE
CO SELECT PORTFOLIO SERVICING INC
PO BOX 65250
SALT LAKE CITY UT 84165-0250

US BANK NA
ROBERTSON ANSCHUTZ SCHNEID CRANE PL
13010 MORRIS RD SUITE 450
ALPHARETTA GA 30004-2001

UNITED CREDIT OF FOREST
234A N WOODLAND DRIVE
FOREST MS 39074-3308

UNITED CREDIT
234A N WOODLAND DR
FOREST MS 39074-3308

~~EXCLUDE~~

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

WOODFOREST BANK
950 US 80
CLINTON MS 39056-5203

WORLD FINANCE
74043 S SIWELL RD
BYRAM MS 39272

ZIP INC
PMB 59872
NEW YORK NY 10003-1502

~~EXCLUDE~~

~~HAROLD J BARKLEY JR~~
~~PO BOX 4476~~
~~JACKSON MS 39296-4476~~

DEBTOR

KIMELA DELOISE MOFFETT
512 E HILLSDALE DR
JACKSON MS 39209-3243

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~