**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 14, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Kimela Deloise Moffett, Debtor Case No. 25-01640-JAW**
**CHAPTER 13**

**ORDER AUTHORIZING DEBTOR TO INCUR DEBT *NUNC PRO TUNC***

THIS CAUSE having come on this date on the Debtor's Motion to Incur Debt *Nunc Pro Tunc* (DK #36), the Court having reviewed and considered the facts herein, and there being no objection from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Incur Debt *Nunc Pro Tunc* is granted. Debtor is authorized to borrow $773.52, inclusive of finance charges, from Progressive Leasing for the purpose of purchasing two air conditioners. Debtor shall pay the ongoing monthly payments direct to the lender.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR